Same case below, 404 Fed. Appx. 568.

**No. 10-9958. William Medina, aka William Medina Lopez Negron Alverio, Petitioner v. Rick Raemisch, et al.**

564 U.S. 1007, 131 S. Ct. 2996, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4466.

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

**No. 10-9962. Marquinta McGruder, Petitioner v. California.**

564 U.S. 1007, 131 S. Ct. 2997, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4550.

June 13, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-9963. Larry Darnell McMillian, Petitioner v. Mary Berghuis, Warden.**

564 U.S. 1007, 131 S. Ct. 2998, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4396.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9966. Jeriod J. Price, Petitioner v. South Carolina.**

564 U.S. 1007, 131 S. Ct. 2998, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4463.

June 13, 2011. Petition for writ of certiorari to the Court of Common Pleas of South Carolina, Richland County, denied.

**No. 10-9967. Arbary Phillip Jackson, Petitioner v. Chairman and Members of the Missouri Board of Probation and Parole, et al.**

564 U.S. 1007, 131 S. Ct. 2998, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4452.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9969. Jeremiah Jones, Petitioner v. Maryland.**

564 U.S. 1008, 131 S. Ct. 2998, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4421.

June 13, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 196 Md. App. 740.

**No. 10-9978. Stephen Edward Tatro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4413.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.